# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANGELINA MIKLOUSICH,

    PLAINTIFF,

v.                                                Case No. 11-12372

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **March 26, 2012**, to vacate this order if the settlement is not finalized. After **March 26, 2012**, this dismissal is with prejudice.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 27, 2012, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522